IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRANDY R. WHYTE,<br><br>                Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 3:22-cv-00237-SB<br><br>**ORDER GRANTING AWARD OF EAJA FEES** |

      Based upon Plaintiff's Unopposed Motion for EAJA Fees (ECF No. 18), the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A), and Plaintiff's assignment of EAJA fees to her attorney, it is HEREBY ORDERED that EAJA fees in the amount of $5,000.18, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), shall be paid to Plaintiff and mailed to her attorney's office.

      DATED this 22nd day of November, 2022.

                                                                          */s/ Stacie F. Beckerman*

                                                        HON. STACIE F. BECKERMAN<br>
                                                        United States Magistrate Judge